No. 11M117. EMMETT *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 11M121. UNDER SEAL *v.* UNDER SEAL ET AL. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 11M122. ROE ET AL. *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted on condition that petitioners provide a redacted motion and petition that remove any appended item containing a party's true name and any reference to such item within 30 days.

No. 11–1078. GLAXOSMITHKLINE *v.* CLASSEN IMMUNOTHERAPIES, INC. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 11–9281. IN RE DOYLE. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 986] denied.

No. 11–9925. THOMAS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist.;

No. 11–10026. POSTOLACHE *v.* POSTOLACHE. Sup. Jud. Ct. Me.; and

No. 11–10480. TRIVEDI *v.* INTERNAL REVENUE SERVICE. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 16, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9882. IN RE ALSTON; and

No. 11–10487. IN RE HIGDON. Petitions for writs of mandamus denied.

No. 11–1261. IN RE VEY; and

No. 11–9885. IN RE MODELIST. Petitions for writs of mandamus and/or prohibition denied.